1 | Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
2 | 332 North Second Street
San Jose, California 95112
3 | Telephone (408) 298-2000
Facsimile (408) 298-6046
4 | E-mail: service@mission.legal

5 | Attorney for Plaintiff,
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | No. 4:17-cv-05128-KAW |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT SITE INSPECTION REQUIRED BY GENERAL ORDER 56; [~~PROPOSED~~] ORDER** |
| vs. | |
| WOMAR, INCORPORATED dba CARL'S JR.; CENTURY PLAZA CORPORATION; | |
| Defendants. | |

Plaintiff, Francisca Moralez ("Plaintiff"), and Defendants, Womar, Incorporated dba Carl's Jr., and Century Plaza Corporation ("Defendants," and together with Plaintiff, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

1. This action arises out of Plaintiff's claims that Defendants denied her full and equal access to their public accommodation on account of her disabilities in violation of Title III of the Americans with Disabilities Act ("ADA") and parallel California law. Plaintiff seeks injunctive relief under federal and California law, as well as damages under California law. This matter therefore proceeds under this district's General Order 56 which governs ADA access matters.

2. The Court has ordered that the Parties conduct a joint site inspection of the subject property on or before December 15, 2017 (Dkt. 4).

3. The Parties are engaging in settlement discussions and wish to avoid incurring additional attorney's fees and costs incident to attending the joint site inspection while settlement efforts are being exhausted.

4. The Parties have agreed to conduct the joint site inspection on January 29, 2018 at 10:30 a.m. unless a settlement is reached prior to that date.

5. Accordingly, the Parties stipulate to extend the deadline to conduct the joint site inspection to January 29, 2018.

**IT IS SO STIPULATED.**

Dated: December 13, 2017        MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorney for Plaintiff,
Francisca Moralez

///

///

Dated: December 13, 2017          LAW OFFICE OF MICHELLE LEU ZACCONE

*/s/ Michelle Leu Zaccoone*
Michelle Leu Zaccone
Attorneys for Defendants
Womar, Incorporated dba Carl's Jr. and
Century Plaza Corporation

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Zachary M. Best*
Zachary M. Best
Attorney for Plaintiff,
Francisca Moralez

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for the Parties to complete the joint site inspection is extended to January 29, 2018, with all dates triggered by that deadline continued accordingly.

**IT IS SO ORDERED**.

Dated: 12/15/17

*Kandis Westmore*
United States Magistrate Judge