Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@mission.legal

Attorney for Plaintiff,
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WOMAR, INCORPORATED dba CARL'S JR.; CENTURY PLAZA CORPORATION;<br><br>　　　　Defendants. | No. . 4:17-cv-05128-KAW<br><br>**SECOND STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT SITE INSPECTION REQUIRED BY GENERAL ORDER 56; [PROPOSED] ORDER** |

Plaintiff, Francisca Moralez ("Plaintiff"), and Defendants, Womar, Incorporated dba Carl's Jr., and Century Plaza Corporation ("Defendants," and together with Plaintiff, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

1. This action arises out of Plaintiff's claims that Defendants denied her full and equal access to their public accommodation on account of her disabilities in violation of Title III of the Americans with Disabilities Act ("ADA") and parallel California law. Plaintiff seeks injunctive relief under federal and California law, as well as damages under California law. This matter therefore proceeds under this district's General Order 56 which governs ADA access matters.

2. The Court ordered the Parties to conduct a joint site inspection of the subject property on or before December 15, 2017 (Dkt. 4), and thereafter, the parties were granted an extension to conduct the inspection on January 29, 2018 (Dkt. 12).

3. The Parties are engaging in settlement discussions and wish to avoid incurring additional attorney's fees and costs incident to attending the joint site inspection while settlement efforts are being exhausted. The Parties appear to be near settlement.

4. The Parties have agreed to conduct the joint site inspection on February 12, 2018 at 10:30 a.m. unless a settlement is reached prior to that date.

5. Accordingly, the Parties stipulate to extend the deadline to conduct the joint site inspection to February 12, 2018.

**IT IS SO STIPULATED.**

Dated: January 29, 2018         MISSION LAW FIRM, A.P.C.

                                */s/ Zachary M. Best*
                                Zachary M. Best
                                Attorney for Plaintiff,
                                Francisca Moralez

///

Dated: January 29, 2018                    LAW OFFICE OF MICHELLE LEU ZACCONE

                                           */s/ Michelle Leu Zaccoone*
                                           Michelle Leu Zaccone
                                           Attorneys for Defendants
                                           Womar, Incorporated dba Carl's Jr. and
                                           Century Plaza Corporation

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                           */s/ Zachary M. Best*
                                           Zachary M. Best
                                           Attorney for Plaintiff,
                                           Francisca Moralez

## **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for the Parties to complete the joint site inspection is extended to February 12, 2018, with all dates triggered by that deadline continued accordingly.

**IT IS SO ORDERED**.

Dated: 1/30/18                             _____
                                           United States Magistrate Judge